FILED
January 16, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )     Case No. 2:13-CR-00006-KJM-2
            Plaintiff,          )
v.                              )     ORDER FOR RELEASE OF
                                )     PERSON IN CUSTODY
AVTAR KAUR BAINS,               )
                                )
            Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release AVTAR KAUR BAINS, Case No. 2:13-CR-00006-KJM-2, Charge Title 18 USC § 1341, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

✔   Bail Posted in the Sum of $ 25,000   (Co-signed)

    ✔   Unsecured Appearance Bond

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond with Surety

    __   Corporate Surety Bail Bond

    ✔   (Other)   With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on January 16, 2013 at  2:17  pm .

By _____
Dale A. Drozd
United States Magistrate Judge