1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED C. DOLAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                CASE NO.  2:13-CR-0006 MCE

                         Plaintiff,         MOTION TO DISMISS INDICTMENT WITH
12                                          RESPECT TO DEFENDANT AVTAR BAINS,
              v.                            ORDER
13
   AVTAR BAINS,
14
                         Defendant.
15

16
         The United States, by and through undersigned counsel, hereby moves the Court, under Federal
17
   Rule of Criminal Procedure 48(a), to dismiss the indictment with respect to defendant Avtar Bains.  In
18
   support of this motion, the government submits the following reasons:
19
         1.      Through counsel, the defendant has provided the government with a report from Baljit
20
   Atwal, a board certified psychiatrist.  Dr. Atwal examined Avtar Bains to determine whether she was
21
   competent to stand trial.  In her report, Dr. Atwal concludes that, based on a diagnosis of dementia,
22
   Avtar Bains is not competent to stand trial because she cannot assist properly in her defense.
23
         2.      At the government's request, the defendant made Dr. Atwal available for an interview
24
   with the government to discuss her findings and conclusions.  During that interview, Dr. Atwal
25
   reiterated the conclusions in her report that she is incompetent to stand trial because she cannot assist
26
   properly in her defense.
27
   ///
28

                                                1

3.     The government has been in contact with Avtar Bains' lawyer, David Fischer.  Mr.

Fischer does not oppose this motion.

4.     Accordingly, the United States moves the Court to dismiss the indictment against

defendant Avtar Bains in this matter.

Respectfully submitted,

Dated:  November 10, 2015                    BENJAMIN B. WAGNER
                                             United States Attorney


                                       By:  /s/ JARED C. DOLAN
                                             JARED C. DOLAN
                                             Assistant United States Attorney


**IT IS SO ORDERED.**

Dated:  November 12, 2015


_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2