DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:         (916) 930-6482
E-Mail:      davefischer@yahoo.com

Attorney for Defendant
AVTAR BAINS

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>AVTAR BAINS,<br><br>                    Defendant. | 2:13-CR-00006 MCE<br><br>**UNOPPOSED MOTION FOR RETURN OF DEFENDANT'S PASSPORT IN THE CUSTODY OF THE CLERK OF THE COURT AND ORDER** |

   IT IS UNOPPOSED by the Plaintiff, UNITED STATES OF AMERICA, through its counsel, Jared Dolan, Assistant United States Attorney, that the Court issue an order for the return of the defendant's passport to defense counsel David Fischer.  The defendant's passport in the possession of the Clerk of the Court for the Eastern District of California.

   On January 16, 2013, defendant Avtar Bains made an initial appearance before then Magistrate Judge Dale A. Drozd.  She was ordered released on a $25,000 unsecured bond with pretrial supervision and conditions (Dkt No. 16)

   On January 17, 2013, the Court received Avtar Bains's passport.  (Dkt. No. 17).

On November 13, 2015, the Court granted the government's motion to dismiss the indictment as to defendant Avtar Bains.

On November 13, 2015, Pretrial Services informed the defense that the clerk would not release Avtar Bains's passport without a court order.

Due to defendant's mental health and medical issues, the defendant requests that the Court order the Clerk of the Court for the Eastern District of California to return defendant's passport to defense counsel, so that he can arrange to return it to defendant.

                              Respectfully submitted,

Dated:  November 20, 2015              /s/ David D. Fischer
                                        DAVID D. FISCHER
                                        Attorney for Defendant
                                        AVTAR BAINS

Dated:  November 20, 2015              /s/ David D. Fischer for
                                        JARED DOLAN
                                        Assistant United States Attorney
                                        Counsel for Plaintiff

**IT IS SO ORDERED.**

**DATED:  January 19, 2016**

                                        MORRISON C. ENGLAND, JR, CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT